UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TREVOR L. YOUNG, JR.,

Plaintiff,

v. Case No. 25-cv-1517-bhl

ANASTASIE NANJI ANGUM EPOUSE et al.,

Defendants.

**DECISION AND ORDER**

Plaintiff Trevor Young, Jr., is incarcerated at the Waupun Correctional Institution and representing himself in this 42 U.S.C. §1983 case. Discovery closed on August 17, 2026, and dispositive motions are due by September 16, 2026. On July 31, 2026, Young filed a motion to compel and a motion for sanctions. He explains that Defendants failed to timely respond to discovery requests that he served on May 6, 2026. Young asserts that he mailed Defense Counsel letters and attempted to call him several times but never received a response. On August 13, 2026, two weeks after he filed his motion to compel, Young informed the Court by letter that he received Defendants' responses on August 7, 2026, but he asks the Court to award sanctions nevertheless because the responses were late and Defense Counsel failed to respond to Young's many efforts to contact him.

On August 19, 2026, Defendants filed a motion asking to reopen discovery for a limited purpose and to extend the dispositive motion deadline. Defense Counsel explains that, due to an error, Defendants failed to obtain a signed medical authorization form from Young and are therefore unable to access Young's medical records, impeding Defendants' ability to bring or defend against a motion for summary judgment. Defense Counsel also notes the lack of medical records undercuts Defendants' ability to engage in settlement discussions with Young. Defense Counsel apologizes for the error, but makes no mention of Young's motion to compel and does not explain why he only discovered the error after discovery closed (given Young highlighting in his July 31 motion that Defendants had not served any discovery requests on him or otherwise contacted him.)

The Court understands Young's frustration. The record confirms that Young made extensive efforts to communicate with Defense Counsel, all of which—for unexplained reasons—were ignored. Young explains that he is not satisfied with some of Defendants' responses to his discovery requests, but because of their delay in responding, he does not have adequate time to discuss his concerns with Defense Counsel. Indeed, even if there had been sufficient time for Young to confer with Defense Counsel, the Court has little confidence that Defense Counsel would have responded to him. Still, the Court is satisfied that sanctions are not warranted at this time. Although the delay is inconvenient and frustrating, at this point, Young has not been unfairly prejudiced by the delay.

To allow the parties to create a complete record and to permit resolution of this matter on the merits, the Court will grant Defendants' request to reopen discovery for the limited purpose of allowing Young to sign a medical authorization form. While discovery is reopened, Young will be permitted to follow up with Defense Counsel about his concerns with Defendants' responses to his discovery requests. Defense Counsel is admonished to be timely and responsive to Young's efforts to communicate with him and to work to resolve any open issues with Defendants' discovery responses. Any future noncompliance with deadlines or failure to respond to legitimate inquiries from Young may result in sanctions.

The Court also encourages Young to execute the medical authorization form as soon as possible to avoid further delay. Given the limited reopening of discovery, the Court will also extend the dispositive motion deadline.

**IT IS THEREFORE ORDERED** that Young's motion to compel (Dkt. No. 23) is **DENIED as moot** and his motion for sanctions (Dkt. No. 23) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' motion to reopen discovery for the limited purpose of allowing Young to sign a medical authorization form (Dkt. No. 27) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' motion to extend the dispositive motion deadline (Dkt. No. 27) is **GRANTED**. The dispositive motion deadline is **EXTENDED** to **October 30, 2026**.

Dated at Milwaukee, Wisconsin this 24th day of August, 2026.

s/ *Brett H. Ludwig*
Brett H. Ludwig
United States District Judge