UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TREVOR L. YOUNG, JR.,

Plaintiff,

v. Case No. 25-cv-1517-bhl

ANASTASIE NANJI ANGUM EPOUSE et al.,

Defendants.

**DECISION AND ORDER**

Plaintiff Trevor Young, Jr., is incarcerated at the Waupun Correctional Institution and representing himself in this 42 U.S.C. §1983 case. Discovery closed on August 17, 2026. On August 24, 2026, the Court granted Defendants' motion to extend the dispositive motion deadline and to reopen discovery for the limited purpose of allowing Defendants to secure a signed medical release from Young. Young asks the Court to reconsider that decision, asserting that his medical and psychological records are not relevant to his claim that Defendants were deliberately indifferent to the risk of serious harm that he posed to himself. The Court will deny Young's motion. Young's medical and psychological records may contain relevant information about Young's history of self-harm attempts and/or information relevant to Young's claim for damages. Defendants' request that Young sign an authorization allowing access to those records is therefore appropriate.

Young also filed a motion to intervene, explaining that he was trying to contact Defense counsel, but Defense counsel was refusing to interact with him until he signed the release form. On October 6, 2026, Young filed a letter alerting the Court that he had signed the release. A few days later, Young filed a motion for summary judgment, and on October 19, 2026, Defendants confirmed that Defense counsel had received the signed release. The Court will therefore deny Young's motion to intervene.

**IT IS THEREFORE ORDERED** that Young's motion for reconsideration (Dkt. Nos. 34, 35) and his motion to intervene (Dkt. No. 31) are **DENIED**.

Dated at Milwaukee, Wisconsin this 22nd day of October, 2026.

s/ *Brett H. Ludwig*
Brett H. Ludwig
United States District Judge